# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> IREGOUS PARKS, <br><br> Defendant. | No. CR06-0025-LRR <br><br> ORDER |

This matter appears before the court on the defendant's motion to reconsider (docket no. 85). The defendant filed such motion on June 25, 2013. In light of clearly established law, there is no basis to reduce the defendant's sentence. *See United States v. Meeks*, 469 F. App'x 479, 479 (8th Cir. 2012) (finding that, "because [the defendant] was sentenced before the enactment of the Fair Sentencing Act of 2010," he was not eligible for a sentence reduction); *United States v. Orr*, 636 F.3d 944, 957 (8th Cir. 2011) (finding that the Fair Sentencing Act did not apply to a defendant sentenced on November 12, 2009, prior to the Fair Sentencing Act's enactment date of August 3, 2010); *see also Dorsey v. United States*, 567 U.S. ___, ___, 132 S. Ct. 2321, 2326 (2012) (holding that "the new, more lenient mandatory minimum provisions" of the Fair Sentencing Act "apply to offenders who committed a crack cocaine crime before August 3, 2010, but were not sentenced until after August 3"). *But see United States v. Blewett*, ___ F.3d ___, 2013 WL 2121945 at *1 (6th Cir. May 17, 2013) (holding that the Fair Sentencing Act must be applied retroactively "to all defendants, including those sentenced prior to its passage"). Accordingly, the motion

to reconsider is denied.

**IT IS SO ORDERED**.

**DATED** this 1st day of July, 2013.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA